UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBANPREET SINGH (A-241-906-487),          No.  1:26-cv-2224 DAD CSK

Petitioner,

v.                                          ORDER

TODD LYONS, et al.,

Respondents.

Examination of this action and the court's records reveals that the petitioner has previously filed a § 2241 petition for relief in the same matter.  Singh v. Warden, No. 1:25-cv-1752 SKO (E.D. Cal.).  Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Magistrate Judge who considered the prior petition.  The District Judge assignment remains the same unless the parties again consent to the jurisdiction of the Magistrate Judge.

The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

Accordingly, IT IS HEREBY ORDERED that:

1.  This action is reassigned to Magistrate Judge Sheila K. Oberto for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 1:26-cv-2224 DAD SKO; and

1

2.  The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  April 9, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/sing2224.190

2