UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBANPREET SINGH,<br>Petitioner,<br>v.<br>TODD LYONS, et al.,<br>Respondents. | No. 1:26-cv-02224-DAD-EGC<br><br><u>ORDER DIRECTING SUPPLEMENTAL BRIEFING</u> |

On July 16, 2026, the assigned magistrate judge issued findings and recommendations recommending that the petition (Doc. No. 1) be granted in part and that petitioner be provided a bond hearing. (Doc. No. 10.) Therein, the magistrate judge found that petitioner was ordered removed on December 17, 2025, and that he appealed to the Board of Immigration Appeals ("BIA") on January 8, 2026. (Doc. No. 10 at 2.) A review of the Executive Office for Immigration Review ("EOIR") website shows that petitioner withdrew his appeal pending before the BIA on August 17, 2026. *See* EOIR Automated Case Information, https://acis.eoir.justice.gov/en/ (searching by petitioner's A-File Number and nationality). "When an appeal is withdrawn, the decision of the [Immigration Judge ("IJ")] is 'final to the same extent as though no appeal had been taken.'" *Castillo-Crespo v. Barr*, 784 F. App'x 538 (9th Cir. 2019) (quoting 8 C.F.R. § 1003.4).

/////

Accordingly, the court DIRECTS the parties to file supplemental briefing no later than November 17, 2026, addressing whether petitioner's appeal before the BIA has been withdrawn, and, if so, the effect such a change in circumstances has on these habeas proceedings.

IT IS SO ORDERED.

Dated: **November 9, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE